IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ASHLEY HEATHER NICHOLAS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:10cv497-HSO-JMR** |
| | § | |
| **JUDITH PECK** | § | **DEFENDANTS** |

### ORDER OF RECUSAL

THIS MATTER COMES BEFORE THE COURT *sua sponte*, pursuant to Title 28 U.S.C. § 455.  The undersigned, having reviewed this matter, finds that there are certain grounds under 28 U.S.C. § 455 which require that he be disqualified from further participation in the above captioned cause.

**IT IS, THEREFORE,  ORDERED AND ADJUDGED** that the undersigned hereby recuses himself from further participation in this case.

**SO ORDERED AND ADJUDGED** this the 8TH day of November, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE